

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARCUS LAKEITH HARRIS, | § | No. 08-21-00070-CR |
| Appellant, | § | Appeal from the |
| v. | § | 183rd District Court |
| THE STATE OF TEXAS, | § | of Harris County, Texas |
| State. | § | (TC# 159318601010) |
| | § | |

## O R D E R

On June 1, 2021, this Court issued a letter asking the Appellant to make satisfactory arrangements with the Court Reporter and requesting an extension of time to file the reporter's record. Billy Jalufka, Court Reporter for the 183rd District Court of Harris County, advised the Court for a second time on June 11, 2021 that he has not received arrangements for the reporter's record.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of Harris County, Texas, on or before July 5, 2021. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before July 9, 2021. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before July 9, 2021.

IT IS SO ORDERED this 14th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.